# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 88 CR 819-1 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Judge James B. Moran |
| | ) | |
| ROBERT DURCHSLAG | ) | |
| | ) | |
| Defendant | ) | |

## NOTICE OF FILING

TO:  David Glockner
     Assistant United States Attorney
     219 S. Dearborn Street, 4th Floor
     Chicago, Illinois  60604

Luis M. Galvan
Federal Defender Program
55 E. Monroe Street, Suite 2800
Chicago, Illinois  60604

PLEASE TAKE NOTICE that on June 6, 2005, there will be filed with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division of Chicago, the attached **ADDITIONAL APPEARANCE**, a copy of which is hereby attached.

JPMorgan Chase Bank, NA, f/k/a
American National Bank and Trust
Company of Chicago

_____
One of Its Attorneys

Floyd Babbitt, Esq.
Jamie B. Schwartz, Esq.
FAGELHABER LLC
55 E. Monroe Street, 40th Floor
Chicago, IL  60603
(312) 346-7500

## CERTIFICATE OF SERVICE

The undersigned, a non-attorney, on oath states that she served the foregoing **NOTICE OF FILING AND ADDITIONAL APPEARANCE**, via First Class mail, on the 6th day of June, 2005 on or before 5:00 p.m., to the above listed parties.

_____
Shirley L. Bobbitt



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In the Matter of

UNITED STATES OF AMERICA, Plaintiff,
vs.
ROBERT DURCHSLAG, Defendant.

Case Number: **88 CR 819-1**

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Additional Appearance: JPMorgan Chase Bank, NA, f/k/a American National Bank and Trust Company of Chicago

| (A) | (B) |
|---|---|
| SIGNATURE *Jamie Schwartz* | SIGNATURE |
| NAME Jamie B. Schwartz, Esq. | NAME |
| FIRM FagelHaber LLC | FIRM |
| STREET ADDRESS 55 E. Monroe Street, 40th Floor | STREET ADDRESS |
| CITY/STATE/ZIP Chicago, Illinois 60603 | CITY/STATE/ZIP |
| TELEPHONE NUMBER (312) 346-7500 — FAX NUMBER | TELEPHONE NUMBER — FAX NUMBER |
| E-MAIL ADDRESS jschwartz@fagelhaber.com | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER 06243842 | IDENTIFICATION NUMBER |
| MEMBER OF TRIAL BAR? YES ☐ NO ☑ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☐ NO ☑ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER — FAX NUMBER | TELEPHONE NUMBER — FAX NUMBER |
| E-MAIL ADDRESS | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER | IDENTIFICATION NUMBER |
| MEMBER OF TRIAL BAR? YES ☐ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☐ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

FILED JUN - 6 2005 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT