IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 88 CR 819-1 |
| ) | |
| ROBERT DURCHSLAG, ) | The Honorable James B. Moran |
| ) | |
| Defendant. ) | |

**FILED JUN - 9 2005 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT**

### AGREED MOTION TO REVIVE JUDGMENT

JP Morgan Chase Bank, NA, f/k/a American National Bank and Trust Company of Chicago ("Chase"), by one of its attorneys, Floyd Babbitt and Jamie B. Schwartz, moves this Honorable Court to revive the judgment entered in this case in its favor and against Defendant, Robert Durchslag, on February 21, 1990, and subsequently revived on April 21, 1998, and in support hereof states as follows:

1. On February 21, 1990, this Court entered judgment in the above-entitled action in favor of Chase, and against Defendant Robert Durchslag. Said judgment ordered Defendant, Robert Durchslag, to make restitution to Chase in the amount of $163,000.00.

2. In or around October 1998, Chase received $8,930.70 from Durchslag's account at Success National Bank after Chase issued a Non-Wage Garnishment and had the account turned over to it. Chase is still due the substantial sum of $154,069.30 plus post-judgment interest at the rate of 7.97% *per annum* pursuant to former 28 U.S.C. §1961(a).

3. Durchslag does not object to the entry of an Agreed Order of Revival.

WHEREFORE, JPMorgan Chase Bank, NA, f/k/a American National Bank and Trust Company of Chicago, moves that the judgment entered by this court in this case on February 21, 1990, and revived on April 21, 1998, in favor of JPMorgan Chase Bank, NA, f/k/a American National Bank and Trust Company of Chicago, and against Defendant Robert Durchslag, be revived by agreement of the parties.

Respectfully submitted,

JPMorgan Chase Bank, NA, f/k/a
American National Bank and Trust
Company of Chicago

By: _____
One of Its Attorneys

Floyd Babbitt, Esq.
Jamie B. Schwartz, Esq.
FAGELHABER LLC
55 East Monroe, 40th Floor
Chicago, Illinois 60603
(312) 346-7500

Exibit A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 88 CR 819-1 |
| ) | |
| ROBERT DURCHSLAG, ) | The Honorable James B. Moran |
| ) | |
| Defendant. ) | |

### AGREED ORDER OF REVIVAL

THIS CAUSE coming on to be heard on the Motion of Plaintiff, JPMorgan Chase Bank, NA f/k/a American National Bank & Trust Company of Chicago ("Chase"), to enter this Agreed Order of Revival, due notice having been given, the Court having reviewed the moving papers of counsel and being otherwise advised in the premises and pursuant to the agreement of the parties herein as indicated below by their respective signatures;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, as follows, that:

1. The Motion of Chase to enter this Agreed Order of Revival, shall be and is hereby granted;

2. The Judgment Order previously entered by this Court and dated February 21, 1990 (the "Judgment"), a copy of which appears as Exhibit "A" to this Order, and subsequently revived on April 21, 1998, a copy of which appears as Exhibit "B" to this Order, shall be and is hereby revived;

3. The Judgment Order shall be and is hereby continued in full force and effect, in all respects and for all purposes, and specifically, any liens, or other rights in favor of Chase, arising by virtue of the Judgment or the filing or recording of the Judgment or a Memorandum thereof, or by virtue of the issuance or service of any supplemental process to enforce the

Judgment shall remain and continue fully enforceable and in full force and effect under applicable law; and,

4. Memoranda of this Agreed Order of Revival shall be signed by the Court at the request of Plaintiff.

Dated: _____  ENTER

_____
JUDGE

AGREED TO:

JPMorgan Chase Bank, NA f/k/a
American National Bank & Trust
Company of Chicago

By: _____
One of Its Attorneys
Jamie B. Schwartz, Esq.
PagelHaber LLC
55 East Monroe, 40th Floor
Chicago, IL 60603
312-346-7500

Robert Durchslag

By: _____
His Attorney
Luis M. Galvan, Esq.
Federal Defender Program
55 East Monroe, 28th Floor
Chicago, IL 60603
312-621-8352

- 2 -