## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James B. Moran | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 88 CR 819 | **DATE** | 6/16/2005 |
| **CASE TITLE** | USA vs. ROBERT DURCHSLAG | | |

**DOCKET ENTRY TEXT:**

Agreed motion to revive judgment is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | LG |
|---|---|---|